ELAINE EBERHARTER-MAKI (ISB #3322)
EBERHARTER-MAKI & TAPPEN, PA
818 La Cassia Drive
Boise, Idaho 83705
Phone: (208) 336-8858
Fax: (208) 367-1560
Email: eemaki@emtedlaw.com

JAMES B. LYNCH (ISB #836)
Attorney at Law
2047 Blaine Way
P.O. Box 739
Boise, Idaho 83701-0739
Phone: (208) 331-5088
Fax: (208) 331-0088

Attorneys for Plaintiff

U.S. COURTS

JUN 20 2011

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| INDEPENDENT SCHOOL DISTRICT OF BOISE CITY NO. 1<br><br>Plaintiff,<br><br>vs.<br><br>DAVID REFF and PHYLLIS REFF, husband and wife<br><br>Defendants. | Civil Action No. 11-096-CV-CWD<br><br>MOTION TO DISMISS WITH PREJUDICE |

COMES NOW the Plaintiff Independent School District of Boise City No. 1, by and through its counsel of record, Elaine Eberharter-Maki of the firm Eberharter-Maki & Tappen, P.A., and James B. Lynch, and hereby moves this Court for an Order of Dismissal with Prejudice of the above-entitled

MOTION TO DISMISS PREJUDICE - Page 1

action, upon the grounds and for the reasons that the parties have, with the assistance of the court-appointed mediator, the Honorable John Stegner, entered into a comprehensive Confidential Settlement Agreement. Each party to bear their own costs and attorney fees.

DATED this 20th day of June, 2011.

EBERHARTER-MAKI & TAPPEN, PA

By _/s/ Elaine Eberharter-Maki_
Elaine Eberharter-Maki

By _/s/ James B. Lynch_
James B. Lynch

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2011, I caused a true and correct copy of the foregoing to be served by the method indicated below, and addressed to each of the following:

Phyllis Reff                            X  by U.S. mail
1871 North Courtney Place        ___ by hand delivery
Boise, Idaho  83704                 ___ by e-mail to perel1258@aol.com

/s/ Elaine Eberharter-Maki

MOTION TO DISMISS PREJUDICE - Page 2